ORIGINAL

**UNITED STATES COURT OF INTERNATIONAL TRADE**

CAMELBAK PRODUCTS, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

THIS INDEX NUMBER MUST BE SHOWN ON ALL PAPERS FILED WITH THE COURT

**SUMMONS** 02-00422

U.S. COURT OF INTERNATIONAL TRADE
LEO M. GORDON, CLERK

**TO:** The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C.§1581(a) to contest denial of the protests specified below (and the protests listed in the attached schedule).

Leo M. Gordon

LEO M. GORDON, CLERK OF THE COURT

PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | San Diego, California | Date Protest Filed: | 02-09-01, etc. |
| Protest Number: | 2501-01-100011, etc. | Date Protest Denied: | 12-19-01, etc. |
| Importer: | CamelBak Products, Inc. | | |
| Category of Merchandise: | Hydration Systems | | |

ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-5411628-1, etc. | 12-22-99, etc. | 11-13-00, etc. | | | |
| (See Attached Schedule of Protests) | | | | | |
| | | | | | |
| | | | | | |

7/5/

PORT DIRECTOR
UNITED STATES CUSTOMS SERVICE
9777 VIA DE LA AMISTAD
SAN DIEGO, CA 92173

Address of Customs Port in Which Protest Was Denied

STEIN SHOSTAK SHOSTAK & O'HARA
515 SOUTH FIGUEROA ST., SUITE 1200
LOS ANGELES, CA 90071-3329
TEL: (213) 486-0010

Name, Address and Telephone Number of Plaintiff's Attorney

CONTESTED ADMINISTRATIVE DECISION

| APPRAISED VALUE OF MERCHANDISE | | |
|---|---|---|
| | STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Item or Heading Number | Rate | Item or Heading Number | Rate |
| Hydration Systems | 4202.92.9026, HTSUS | 18.8% *ad val.* (1999) or 18.6% *ad val.* (2000) or 18.3% *ad val.* (2001) | 3926.90.9880, HTSUS | 5.3% *ad val.* |

| OTHER |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests:<br>Whether the essential character of the subject Hydration Systems is in the hydration components. Ruling HQ 964444 of 12-18-01 confirms that certain Hydration Systems are classifiable under Subh. 3926.90.9880, HTSUS. |

Every denied protest included in this civil action, was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

6-14-02
Date

Signature of Plaintiff's Attorney

# SCHEDULE OF PROTESTS

San Diego, California
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2501-01-100011 | 02-09-01 | 12-19-01 | 231-5411628-1 | 12-22-99 | 11-13-00 |
| | | or | 231-5411640-6 | 12-29-99 | 11-17-00 |
| | | 03-15-02 | 231-5411641-4 | 12-29-99 | 11-17-00 |
| | | | 231-5411642-2 | 12-29-99 | 11-17-00 |
| | | | 231-5411649-7 | 01-05-00 | 11-24-00 |
| | | | 231-5411654-7 | 01-06-00 | 11-24-00 |
| | | | 231-5411667-9 | 01-11-00 | 11-24-00 |
| | | | 231-5411668-7 | 01-11-00 | 11-24-00 |
| | | | 231-5411671-1 | 01-12-00 | 11-24-00 |
| | | | 231-5411672-9 | 01-12-00 | 11-24-00 |
| | | | 231-5411674-5 | 01-12-00 | 11-24-00 |
| | | | 231-5411677-8 | 01-14-00 | 11-24-00 |
| | | | 231-5411678-6 | 01-14-00 | 12-01-00 |
| | | | 231-5411685-1 | 01-19-00 | 12-01-00 |
| | | | 231-5411686-9 | 01-19-00 | 12-01-00 |
| | | | 231-5411688-5 | 01-21-00 | 12-01-00 |
| | | | 231-5411700-8 | 01-26-00 | 12-08-00 |
| | | | 231-5411701-6 | 01-26-00 | 12-08-00 |
| | | | 231-5411702-4 | 01-20-00 | 12-08-00 |
| | | | 231-5411710-7 | 01-31-00 | 12-15-00 |
| | | | 231-5413723-8 | 02-03-00 | 12-15-00 |
| | | | 231-5413733-7 | 02-09-00 | 12-22-00 |
| | | | 231-5413739-4 | 02-14-00 | 12-29-00 |
| | | | 231-5413770-9 | 02-17-00 | 12-29-00 |
| | | | 231-5413771-7 | 02-17-00 | 12-29-00 |
| | | | 231-5413740-2 | 02-09-00 | 12-29-00 |
| | | | 231-5413741-0 | 02-09-00 | 12-29-00 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

## SCHEDULE OF PROTESTS

San Diego, California
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2501-01-100011 | 02-09-01 | 12-19-01 | 231-5413783-2 | 02-23-00 | 01-05-01 |
| (cont.) | | or | 231-5413784-0 | 02-23-00 | 01-05-01 |
| | | 03-15-02 | 231-5413785-7 | 02-23-00 | 01-05-01 |
| | | | 231-5413781-6 | 02-22-00 | 01-05-01 |
| | | | 231-5413782-4 | 02-22-00 | 01-05-01 |
| | | | 231-5413800-4 | 02-23-00 | 01-12-01 |
| | | | 231-5413801-2 | 02-29-00 | 01-12-01 |
| | | | 231-5413810-3 | 03-02-00 | 01-19-01 |
| | | | 231-5413813-7 | 03-06-00 | 01-19-01 |
| | | | 231-5413826-9 | 03-16-00 | 01-26-01 |
| | | | 231-5413836-8 | 03-21-00 | 02-02-01 |
| | | | 231-5413843-4 | 03-24-00 | 02-02-01 |
| 2501-01-100087 | 09-06-01 | 12-28-01 | 853-4109810-2 | 07-24-00 | 06-08-01 |
| | | or | 853-4109878-9 | 07-24-00 | 06-08-01 |
| | | 04-12-02 | 853-4110032-0 | 07-26-00 | 06-08-01 |
| | | | 853-4110809-1 | 08-03-00 | 06-08-01 |
| | | | 853-4111427-1 | 08-12-00 | 06-08-01 |
| | | | 853-4111957-7 | 08-17-00 | 06-08-01 |
| | | | 853-4113888-2 | 09-12-00 | 06-08-01 |
| | | | 853-4114072-2 | 09-13-00 | 06-08-01 |
| | | | 853-4114184-5 | 09-14-00 | 06-08-01 |
| | | | 853-6001174-7 | 01-02-01 | 06-08-01 |
| | | | 853-6001290-1 | 01-03-01 | 06-08-01 |
| | | | 853-6003738-7 | 01-27-01 | 06-08-01 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

IN ACCORDANCE WITH THE PROVISION
OF RULE (5e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT 6/14/02