UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE HON. DELISSA A. RIDGWAY, JUDGE**

| | | |
|---|---|---|
| **CAMELBAK PRODUCTS, LLC, (successor-in-interest to CamelBak Products, Inc.)** | | |
| **Plaintiff,** | | |
| **v.** | **Court Nos.** | **05-00249** |
| | | **02-00422** |
| | | **02-00461** |
| **UNITED STATES,** | | **02-00648** |
| | | **05-00030** |
| **Defendant.** | | |

**STIPULATION ON AGREED STATEMENT OF FACTS**

These actions, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, are stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests involved here were filed and the actions involved here were commenced within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summonses.

2. The imported merchandise covered by the entries set forth on Schedule "A", "B", "C", "D" and "E", attached, consists of various styles of textile back-mounted hydration packs used for outdoor activities and athletics, including cycling, running, hiking and skiing, and are designed to deliver water to the user in a "hands-free" fashion, allowing the user to consume water on-the-go without having to interrupt activity.

3. Each style of the imported merchandise is a textile bag with padded adjustable shoulder straps and features:

(a) a polyurethane reservoir or bladder of various fluid capacities housed within an integrated and insulated hydration compartment designed to carry and maintain the temperature of water or other potable beverages.

(b) a hydration delivery system composed of flexible tubing attached to the reservoir, and a bite valve; and

(c) a cargo compartment designed to hold personal effects which may include food, clothing, gear, supplies, and similar articles.

4. The cargo volume capacity of the cargo compartment of the imported merchandise is measured and designated in cubic inches. "Cargo volume capacity" does not include volume contained within the insulted hydration compartment that houses the reservoir/bladder and is measured with a full reservoir installed.

5. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors, as backpacks under HTSUS subheadings 4202.92.90 (1999-2002) or 4202.92.30 (2003), at the rates of 18.1, 18.8, 18.6, 18.3, or 17.8 percent *ad valorem* depending upon the date of entry.

6. The stipulable imported merchandise consists of styles with a cargo volume capacity of 1350 cubic inches or less and is classifiable as insulated beverage bags under HTSUS subheadings 3926.90.98, HTSUS (1999-2001), 4202.92.05, HTSUS (2002-7/1/2003) and 4202.92.04, HTSUS (7/2/2003-present), at the rates of 5.3% *ad valorem* or 7% *ad valorem*, depending upon the date of entry.

7. The stipulable imported merchandise described on the attached schedules, is stipulable in accordance with this agreement.

8. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

Stip. on agreed stmnt of facts Court Nos. 05-00249
02-00422
02-00461
02-00647
05-00030

9. All other claims and non-stipulable entries are abandoned.

10. Each party will bear its own costs and attorneys fees.

Court Nos. (See attached Schedules)

Respectfully submitted,

By: /s/Arthur K. Purcell
Arthur K. Purcell
Sandler, Travis & Rosenberg P.A.
551 Fifth Avenue, Suite 1100

Assistant Attorney General
Civil Division

By: ________________
Barbara Williams
Attorney in Charge
International Trade Field Office

By: ________________
Jason Kenner

U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel.: (212) 264-9230
Attorneys for the United States

**IT IS HEREBY ORDERED** that these actions are decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate entries and make refund in accordance with the stipulation of the parties set forth above.

________________
Judge Delissa A. Ridgway

Date: ________________

**SCHEDULE "A" TO STIPULATED JUDGMENT**
**Court No. 05-00249**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| 2506-04-100099 | 853-6454818-1 | 9/23/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6454833-0 | 10/6/2003 | ECTC-0552 | 10562 | SNODAWG | 4202.92.30 | 4202.92.04 |
| | | | | | | | |
| | 853-6401033-1 | 10/10/2003 | ECTC-0572 | 60104 | BLOWFISH | 4202.92.30 | 4202.92.04 |
| | | | | | | | |
| | 853-6502230-1 | 10/16/2003 | ECTC-0548 | 60094 | DAY STAR | 4202.92.30 | 4202.92.04 |
| | | | | 60021 | HAWG | 4202.92.30 | 4202.92.04 |
| | | | | 60018 | MULE | 4202.92.30 | 4202.92.04 |
| | | | | 60131 | HAWG | 4202.92.30 | 4202.92.04 |
| | | | | 60101 | DAY STAR | 4202.92.30 | 4202.92.04 |
| | | | | 60107 | SCOUT | 4202.92.30 | 4202.92.04 |

**SCHEDULE "B" TO STIPULATED JUDGMENT**
**Court No. 02-00422**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| 2501-01-100011 | 231-5411628-1 | 12/22/1999 | | | NO STIPULABLE ITEMS | | |
| | 231-5411640-6 | 12/29/1999 | | | NO STIPULABLE ITEMS | | |
| | 231-5411641-4 | 12/29/1999 | | | NO STIPULABLE ITEMS | | |
| | 231-5411642-2 | 12/29/1999 | | | NO STIPULABLE ITEMS | | |
| | 231-5411649-7 | 1/5/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411654-7 | 1/6/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411667-9 | 1/11/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411668-7 | 1/11/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411671-1 | 1/12/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411672-9 | 1/12/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411674-5 | 1/12/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411677-8 | 1/14/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411678-6 | 1/14/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411685-1 | 1/19/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411686-9 | 1/19/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411688-5 | 1/21/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411700-8 | 1/26/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411701-6 | 1/26/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411702-4 | 1/20/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5411710-7 | 1/31/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413723-8 | 2/3/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413733-7 | 2/9/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413739-4 | 2/14/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413770-9 | 2/17/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413771-7 | 2/17/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413740-2 | 2/9/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413741-0 | 2/9/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413783-2 | 2/23/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413784-0 | 2/23/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413785-7 | 2/16/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413781-6 | 2/22/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413782-4 | 2/22/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413800-4 | 2/23/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413801-2 | 2/29/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413810-3 | 3/4/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413813-7 | 3/6/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413826-9 | 3/16/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413836-8 | 3/21/2000 | | | NO STIPULABLE ITEMS | | |
| | 231-5413843-4 | 3/24/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| 2501-01-100087 | 853-4109810-2 | 7/24/2000 | 5857 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-01-100087 | 853-4109878-9 | 7/24/2000 | | | NO STIPULABLE ITEMS | | |
| | 853-4110032-0 | 7/26/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |

**SCHEDULE "B" TO STIPULATED JUDGMENT**
**Court No. 02-00422**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| *Cont'd...* | | | | | | | |
| 2501-01-100087 | 853-4110809-1 | 8/3/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4111427-1 | 8/12/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4111957-7 | 8/17/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4113888-2 | 9/12/2000 | 5900 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4114072-2 | 9/13/2000 | 5901 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4114184-5 | 9/14/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6001174-7 | 1/2/2001 | 5967 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6001290-1 | 1/3/2001 | 5968 | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003738-7 | 1/27/2001 | 5999 | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |

**SCHEDULE "C" TO STIPULATED JUDGMENT**
**Court No. 02-00461**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| 2501-01-100104 | 853-4109602-3 | 7/19/2000 | 5855 | 23000 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4109952-2 | 7/25/2000 | 5859 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4111167-3 | 8/9/2000 | 5871 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4112020-3 | 8/17/2000 | 5879 | 23000 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4112147-4 | 8/18/2000 | 5881 | 18000 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 18050 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4112153-2 | 8/18/2000 | 5880 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4112727-3 | 8/28/2000 | 5884 | 16100 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4112972-5 | 8/30/2000 | 5888 | 17000 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4113367-7 | 9/5/2000 | 5896 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 16050 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4113610-0 | 9/7/2000 | 5898 | 23000 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4114418-7 | 9/19/2000 | 5903 | 16000 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 16050 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4114742-0 | 9/22/2000 | 5904 | 16050 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4116796-4 | 10/19/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4116991-1 | 10/20/2000 | 5919 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-01-100130 | 853-4117207-1 | 10/24/2000 | 5920 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4117556-1 | 10/26/2000 | 5921 | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4117797-1 | 10/30/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4118012-4 | 11/1/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4118287-2 | 11/4/2000 | 5925 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4118373-0 | 11/6/2000 | 5927 | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | | | | | | | |

**SCHEDULE "C" TO STIPULATED JUDGMENT**
**Court No. 02-00461**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| *Cont'd...* | | | | | | | |
| 2501-01-100143 | 853-4119314-3 | 11/15/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-4119692-2 | 11/22/2000 | 5936 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4119104-8 | 11/14/2000 | 5931 | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4119387-9 | 11/16/2000 | 5933 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4119492-7 | 11/17/2000 | 5934 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4119831-6 | 11/22/2000 | 5938 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4119920-7 | 11/25/2000 | 5942 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4120092-2 | 11/27/2000 | 5943 | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4120419-7 | 11/30/2000 | 5949 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-4120524-4 | 12/4/2000 | 5955 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000370-2 | 12/7/2000 | 5960 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000554-1 | 12/9/2000 | 5961 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000758-8 | 12/12/2000 | 5963 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6001491-5 | 1/5/2001 | 5971 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.98.98 |
| | | | | | | | |
| | 853-6001595-3 | 1/5/2001 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6002126-6 | 1/4/2001 | 5980 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6002218-1 | 1/5/2001 | 5981 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6002529-1 | 1/10/2001 | 5982 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000208-4 | 12/6/2000 | 5959 | 10191 | MULE | 4202.92.90 | 3926.90.98 |

**SCHEDULE "C" TO STIPULATED JUDGMENT**
**Court No. 02-00461**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| *Cont'd...* | | | | | | | |
| 2501-01-100143 | 853-6000208-4 | 12/6/2000 | 5959 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000211-8 | 12/6/2000 | 5956 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6000859-4 | 12/13/2000 | 5964 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6001021-0 | 12/15/2000 | 5965 | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-01-100145 | 853-4120232-4 | 11/28/2000 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6002921-0 | 1/17/2001 | 5987 | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-01-100147 | 853-6002864-2 | 1/16/2001 | 5986 | 10391 | SNOWDAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003054-9 | 1/18/2001 | 5988 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003173-7 | 1/19/2001 | 5989 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-02-100008 | 853-6003346-9 | 1/23/2001 | 5990 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003511-8 | 1/24/2001 | 5991 | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003499-6 | 1/25/2001 | 5992 | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003643-9 | 1/26/2001 | 5997 | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6003817-9 | 1/29/2001 | 6000 | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004095-1 | 1/31/2001 | 6006 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.90.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004273-4 | 2/1/2001 | 6007 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004366-6 | 2/2/2001 | 6009 | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004565-3 | 2/7/2001 | 6010 | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |

**SCHEDULE "C" TO STIPULATED JUDGMENT**
**Court No. 02-00461**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| *Cont'd...* | | | | | | | |
| 2501-02-100008 | 853-6004565-3 | 2/7/2001 | 6010 | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004714-7 | 2/8/2001 | 6011 | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004916-8 | 2/12/2001 | 6014 | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6004981-2 | 2/13/2001 | 6016 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6005218-8 | 2/16/2001 | 6017 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 73050A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6006036-3 | 2/21/2001 | 6020 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10141 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6006289-8 | 2/23/2001 | 6031 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10141 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6006528-9 | 2/28/2001 | 6033 | 72000A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6006712-9 | 2/28/2001 | 6034 | 72050A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 72000A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6007067-7 | 3/2/2001 | 6037 | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 72000A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |

**SCHEDULE "D" TO STIPULATED JUDGMENT**
**Court No. 02-00648**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| 2501-02-100032 | 853-6007270-7 | 3/6/2001 | 6038 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6007578-3 | 3/8/2001 | 6040 | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6007822-5 | 3/13/2001 | 6045 | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6008138-5 | 3/14/2001 | 6047 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6008282-1 | 3/15/2001 | 6049 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6008489-2 | 3/16/2001 | 6054 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6008381-1 | 3/19/2001 | 6053 | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6008566-7 | 3/20/2001 | 6055 | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6005477-0 | 2/20/2001 | 6019 | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| 2501-02-100048 | 853-6010677-8 | 4/19/2001 | 6080 | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 72050A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6010925-1 | 4/23/2001 | 6086 | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 72050A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10131 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6011201-6 | 4/25/2001 | 6092 | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |

**SCHEDULE "D" TO STIPULATED JUDGMENT**
**Court No. 02-00648**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| *Cont'd...* | | | | | | | |
| 2501-02-100048 | 853-6011201-6 | 4/25/2001 | 6092 | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6011578-7 | 4/30/2001 | 6101 | 73000A | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 72000A | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10141 | ROCKET | 4202.92.90 | 3926.90.98 |
| | | | | 10241 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10171 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6011580-3 | 5/3/2001 | 6105 | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6011584-5 | 5/8/2001 | 6111 | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10181 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10201 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10231 | HAWG | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | | | | |
| | 853-6011587-8 | 5/11/2001 | 6115 | 10191 | MULE | 4202.92.90 | 3926.90.98 |
| | | | | 10261 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10211 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | 10161 | LOBO | 4202.92.90 | 3926.90.98 |
| | | | | 10271 | CLOUDWALKER | 4202.92.90 | 3926.90.98 |
| | | | | 10221 | BLOWFISH | 4202.92.90 | 3926.90.98 |
| | | | | | | | |

**SCHEDULE "E" TO STIPULATED JUDGMENT**
**Court No. 05-00030**

| PROTEST # | ENTRY NO. | ENTRY DATE | INVOICE NO. | PART # | DESCRIPTION | ENTERED HTSUS | STIPULATED HTSUS |
|---|---|---|---|---|---|---|---|
| 2506-04-100031 | 853-6400910-1 | 3/5/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501816-8 | 3/10/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501862-2 | 3/13/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6400925-9 | 3/14/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501835-8 | 3/17/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501846-5 | 3/17/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501827-5 | 3/18/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6400931-7 | 3/24/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501897-8 | 4/1/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501884-6 | 3/31/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501898-6 | 4/9/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6400957-2 | 4/15/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501814-3 | 4/22/2003 | ECTC - 0310 | 60018 | MULE | 4202.92.30 | 4202.92.05 |
| | | | | 60017 | MULE | 4202.92.30 | 4202.92.05 |
| | | | | 60021 | HAWG | 4202.92.30 | 4202.92.05 |
| | | | | | | | |
| | 853-6501928-1 | 4/23/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501941-1 | 4/30/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501943-0 | 5/7/2003 | ECTC - 0327 | 60021 | HAWG | 4202.92.30 | 4202.92.05 |
| | | | | | | | |
| | 853-6400980-4 | 5/8/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| 2506-04-100048 | 225-4307864-0 | 5/22/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6501966-1 | 5/20/2003 | ECTC - 0347 | 60021 | HAWG | 4202.92.30 | 4202.92.05 |
| | | | | | | | |
| | 853-6501989-3 | 6/2/2003 | ECTC - 0356 | 60022 | HAWG | 4202.92.30 | 4202.92.05 |
| | | | | | | | |
| | 853-6502000-8 | 6/2/2003 | | | NO STIPULABLE ITEMS | | |
| | | | | | | | |
| | 853-6502002-4 | 6/4/2003 | ECTC - 0372 | 60059 | RALLY | 4202.92.30 | 4202.92.05 |
| | | | | | | | |